UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUELLER, | Case No. 2:17-cv-00999-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| DESERT PALACE, INC., et al., | (Docket No. 28) |
| Defendant(s). | |

On June 21, 2017, Defendant Touch, LLC filed a notice of service of initial disclosures and discovery, Docket No. 23, which the Court struck as improperly filed on the docket. Docket No. 24 (citing Local Rule 26-8 and Fed. R. Civ. P. 5(d)(1)). The Court instructed "the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so." *Id.* On July 7, 2017, Touch filed a notice of service of supplemental disclosures. Docket No. 28. For the reasons already explained, that notice should not have been filed and is hereby **STRICKEN**.

Touch and its counsel are again **INSTRUCTED** to refrain from filing discovery documents on the docket in the future absent a Court order that they do so. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: July 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge