CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff Mueller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUELLER,<br><br>Plaintiff,<br><br>v.<br><br>DESERT PALACE, INC., a Delaware Corporation d/b/a Caesar's Palace; TOUCH, LLC d/b/a Omnia Night Club; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LVMPD OFFICER SHAWN FORD P# 9063, individually; LVMPD OFFICER KARL ATKINSON P# 8542, individually;<br><br>Defendants. | CASE NO.: 2-17-CV-00999-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TO**<br><br>**LVMPD'S JOINDER TO DEFENDANT TOUCH, LLC'S MOTION [ECF 36]** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Response to

LVMPD's Joinder to Defendant Touch, LLC's Motion [ECF 36], currently due August 8, 2017, be extended an additional (14) fourteen days up to and including Tuesday, August 22, 2017.

Although Plaintiff's counsel has been actively working on responding to Defendants' Motions, Plaintiff's counsel has been unable to complete the Response due to a family emergency.

. . .

. . .

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Response be extended an additional (14) days up to and including Tuesday, August 22, 2017.

APPROVED AS TO FORM AND CONTENT.

DATED this 8th day of August, 2017.

POTTER LAW OFFICES

By /s/ Cal J. Potter, IV Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 8th day of August, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ M. Craig Murdy, Esq.
M. CRAIG MURDY, ESQ.
Nevada Bar No. 7108
NAUSHEEN K. PETERS, ESQ.
Nevada Bar No. 12984
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant, Touch, LLC*

DATED this 8th day of August, 2017.

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO

By /s/ Lyssa S Anderson, Esq.
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorneys for Defendants LVMPD, Officer Shawn Ford and Officer Karl Atkinson*

**ORDER**

IT IS SO ORDERED.
August 9, 2017
DATED

_____
UNITED STATES MAGISTRATE JUDGE