# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUELLER, ) | Case No. 2:17-cv-00999-APG-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket Nos. 35, 41) |
| TOUCH LLC, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Plaintiff's motion to stay, to which notices of non-opposition have been filed. Docket Nos. 41, 44-45. Also pending before the Court is a motion to consolidate, to which the responsive deadline had been extended and to which Plaintiff has not yet responded. *See* Docket No. 35 (motion); *see also* (Docket No. 39-40) (order granting stipulations to extend time).

The Court hereby **GRANTS** the motion to stay this case (Docket No. 41) to afford Plaintiff an opportunity to retain new counsel. Unless Plaintiff earlier files a notice of intent to proceed *pro se* or has an attorney file a notice of appearance, the case is hereby **STAYED** until September 25, 2017. At that date, Plaintiff shall file (1) a notice of intent to proceed *pro se*, (2) a notice of an attorney's appearance, or (3) a motion or stipulation to extend the stay. Within 14 days of the lifting of the stay, the parties shall file a joint statement as to whether the scheduling order should be modified.

As the case is being stayed and as Plaintiff did not have a sufficient opportunity to respond to the motion to consolidate, that motion to consolidate (Docket No. 35) is hereby **DENIED** without prejudice. Once Plaintiff files a notice of intent to proceed *pro se* or a notice of an attorney's

appearance, Touch LLC shall meet-and-confer with Plaintiff or his attorney, respectively, regarding consolidation. Any renewed motion to consolidate shall be filed within 14 days of the lifting of the stay.

IT IS SO ORDERED.

DATED: August 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge