# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT MUELLER,

    Plaintiff(s),

vs.

TOUCH LLC, et al.,

    Defendant(s).

Case No. 2:17-cv-00999-APG-NJK

ORDER

(Docket No. 47)

Pending before the Court is Plaintiff's motion to extend. Docket No. 47. Any response shall be filed by September 29, 2017.

IT IS SO ORDERED.

DATED: September 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge