1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SCOTT MUELLER, | ) | |
| | ) | Case No. 2:17-cv-00999-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | (Docket No. 49) |
| TOUCH LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Plaintiff's motion to extend the time to obtain counsel. Docket No. 49. The Court understands Plaintiff's predicament in having counsel unexpectedly withdraw due to health issues, and having to obtain new counsel while living out-of-state. At the same time, this case must move forward at some point. The Court will **GRANT** the pending motion, and **EXTEND** to November 24, 2017, Plaintiff's deadline to have new counsel file a notice of appearance or to file a notice that he intends to proceed *pro se*. The Court is not inclined to grant further extensions.

IT IS SO ORDERED.

DATED: October 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge