# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUELLER, | Case No. 2:17-cv-00999-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| TOUCH LLC, et al., | |
| Defendant(s). | |

Pending before the Court is an order for Plaintiff to show cause why case-dispositive sanctions should not be imposed for his failure to comply with the Court's order to either indicate that he intends to proceed *pro se* or file a notice of appearance by a new attorney. Docket No. 51. Plaintiff has not filed a response in this case. Instead, Plaintiff filed two duplicate responses in another case, neither of which makes any reference to this case. *See* Case No. 2:17-cv-00168-NJK, Docket Nos. 48, 49. While it appears from that filing that Plaintiff intends to proceed *pro se* in this case, the Court declines to guess as to Plaintiff's intentions. Instead, Plaintiff must file such notice ***in this case*** to the extent he intends to proceed *pro se* in this case. To that end, the Court will extend the deadline for Plaintiff to respond to the order to show cause entered in this case and/or file a notice of intent to proceed *pro se* in this case to **January 18, 2018**.

//

//

//

Plaintiff is **CAUTIONED** that he is required to comply with all Court orders and applicable rules moving forward. *See, e.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

IT IS SO ORDERED.

DATED: January 4, 2018

                                                      _____
NANCY J. KOPPE
United States Magistrate Judge