# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SCOTT MUELLER,

        Plaintiff(s),

v.

TOUCH LLC, et al.,

        Defendant(s).

Case No. 2:17-cv-00999-APG-NJK

ORDER

Plaintiff has filed a notice that he intends to proceed *pro se*. Docket No. 55. The Court finds that filing sufficient to discharge the pending order to show cause. *See* Docket No. 51. The stay that was imposed in this case is hereby **LIFTED**. No later than February 1, 2018, the parties shall file a joint statement that includes a schedule for this case to proceed.

IT IS SO ORDERED.

DATED: January 17, 2018

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge