# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUELLER, | Case No. 2:17-cv-00999-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| DESERT PALACE, INC., et al., | |
| Defendant(s). | |

Pending before the Court are a motion for settlement conference and a stipulation to establish a schedule for the case to move forward. Docket Nos. 64, 66. The Court **SETS** a telephonic hearing on those matters for 9:30 a.m. on March 14, 2018. Counsel and Mr. Mueller shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: March 7, 2018

_____
Nancy J. Koppe
United States Magistrate Judge