# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUELLER, | Case No. 2:17-cv-00999-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| TOUCH LLC, et al., | |
| Defendant(s). | |

The parties have filed a notice of settlement.  Docket No. 69.  The parties are ORDERED to file dismissal papers by May 14, 2018.  Any other deadlines are hereby VACATED.

The pending motion for settlement conference (Docket No. 64) is DENIED as moot.

The notice indicates that the parties also settled 2:17-cv-00168-NJK.  So that the record is clear, the parties to that action shall file a notice of settlement in that case by March 22, 2018.

IT IS SO ORDERED.

DATED: March 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge